UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

RYAN CHRISTOPHER MARGHEIM,  )  Case No: 8:25-cv-01989-SSC
    Plaintiff,  )
      )  **[PROPOSED]**
    vs.  )  **JUDGMENT**
      )
FRANK BISIGNANO,  )
Commissioner of Social Security,  )
      )
    Defendant.  )
      )

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: December 29, 2025   _____
    HON. STEPHANIE S. CHRISTENSEN
    UNITED STATES MAGISTRATE JUDGE