# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RYAN CHRISTOPHER MARGHEIM, )   Case No.: 8:25-cv-01989-SSC
                           )
    Plaintiff,             )   {~~PROPOSED~~} ORDER AWARDING
                           )   EQUAL ACCESS TO JUSTICE ACT
    v.                     )   ATTORNEY FEES AND EXPENSES
                           )   PURSUANT TO 28 U.S.C. § 2412(d)
FRANK BISIGNANO,           )   AND COSTS PURSUANT TO 28
Commissioner of Social Security, )   U.S.C. §§ 1920; 2412
                           )
    Defendant              )
                           )
                           )

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of $4,179.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE: January 28, 2026

THE HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

-1-